x:\tc51620\appear

WDJ/ls
File No.:  TC-51620

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
FERNANDO LUCERO,

|  |  |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | **21 MC 102 (AKH)** |

55 WATER STREET CONDOMINIUM, 90 CHURCH
STREET LIMITED PARTNERSHIP, AMBIENT GROUP,
INC., BANKERS TRUST COMPANY, BELFORE USA
GROUP, INC., BOSTON PRPERTIES, INC., BT
PRIVATE CLIENTS CORP., DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, NEW WATER STREET CORP.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE BANK OF NEW
YORK TRUST COMPANY NA, AND TISHMAN
INTERIORS CORPORATION, ET AL,

Defendants.
------------------------------------------------------------------------X

C O U N S E L O R S :

PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been

retained as attorneys for said defendant and demand that copies of all papers in this action

be served upon the undersigned at the office and address stated below:

Dated: New York, New York
     July 10, 2007

                       WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                       BARRY, McTIERNAN & MOORE
                       Attorneys for Defendants
                       STRUCTURE TONE, INC. s/h/a
                       STRUCTURE TONE (UK), INC. and
                       STRUCTURE TONE GLOBAL SERVICES, INC.
                       2 Rector Street – 14th Floor
                       New York, New York  10006
                       (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700